Vince D. Nguyen, SBN 171768
NEWTON LAW GROUP
1275 S. Winchester Blvd., Suite E
San Jose, CA 95128
Telephone: (408) 828-8078
Fax (408) 624-1014
Email: vincen@newtonlawgroup.com

Attorney for Plaintiff

*IT IS SO ORDERED*
Judge Edward J. Davila
10/14/2011

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HOA KIM HUYNH, an individual,<br>Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A. Also Known as Wachovia Mortgage, A Division of Wells Fargo Bank, N.A. and Formerly Known As Wachovia Mortgage, FSB, Formerly Known As World Savings Bank, FSB, ITS Assigns And/or Successors In Interest; NDEX WEST LLC.<br><br>Defendants. | Case No: ___CV11-03687 EJD (PSG)____<br><br>**REQUEST FOR DISMISSAL**<br><br><br>Complaint Filed: July 27, 2011<br>Trial Date:       None Set |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(A), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

The Clerk shall close this file.

DATE: October 12, 2011

/s/ *Vince D. Nguyen*
Vince D. Nguyen,
Attorney for Plaintiff

*REQUEST FOR DISMISSAL*
-1-